**CT Corporation**

**Service of Process Transmittal**
07/15/2013
CT Log Number 523106212

TO: Michael Wallace, Corporate Paralegal
Cornerstone Healthcare Group
2200 Ross Avenue, Suite 5400
Dallas, TX 75201

RE: **Process Served in Louisiana**

FOR: Cornerstone Hospital of West Monroe, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Billy W. Jones and Brandi Jones, Pltfs. vs. Cornerstone Hospital of West Monroe and Professional Home Health Services, Dft. |
| DOCUMENT(S) SERVED: | Citation, Petition, Order, Request for Notice |
| COURT/AGENCY: | 4th Judicial District Court, Parish of Ouachita, LA<br>Case # C-20131989 |
| NATURE OF ACTION: | Medical Injury - Improper Care and Treatment - Wrongful Death - On or about August 4, 2012 - Cornerstone Hospital of West Monroe |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 07/15/2013 at 08:50 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days of service |
| ATTORNEY(S) / SENDER(S): | Oscar L. Shoenfelt, III<br>Oscar L. Shoenfelt, III, L.L.C.<br>2109 Perkins Road<br>Baton Rouge, LA 70808<br>225-336-4300 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 796234068750<br>Image SOP<br>Email Notification, Michael Wallace mwallace@chghospitals.com |
| SIGNED: | C T Corporation System |
| PER: | Trevor Garoutte |
| ADDRESS: | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| TELEPHONE: | 225-922-4490 |

EXHIBIT 1

Page 1 of 1 / NR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CITATION

D2872869
KS

BILLY W. JONES

VS

CORNERSTONE HOSPITAL OF
WEST MONROE

**DOCKET NUMBER: C-20131989**
SEC: C5
STATE OF LOUISIANA
PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT

## EAST BATON ROUGE PARISH

TO:

CORNERSTONE HOSPITAL OF WEST MONROE
**REGISTERED AGENT: CT CORPORATION SYSTEM**
5615 CORPORATE BLVD., STE 400B
BATON ROUGE, LA 70808

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this JULY 10, 2013.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION FOR DAMAGES, ORDER

KATHY STEWART

By:_____
Deputy Clerk

FILED BY: OSCAR L. SHOENFELT, III #12032

_____ **ORIGINAL**

__✓__ **SERVICE COPY**

_____ **FILE COPY**

CERTIFIED
TRUE COPY

JUL 10 2013
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

| | |
|---|---|
| BILLY W. JONES AND BRANDI JONES | NUMBER: 13-1989 DIV.: ____ |
| VERSUS | 4TH JUDICIAL DISTRICT COURT |
| CORNERSTONE HOSPITAL OF WEST MONROE AND PROFESSIONAL HOME HEALTH SERVICES | PARISH OF OUACHITA  **FILED** STATE OF LOUISIANA  JUN 26 2013 |

CLERK OF COURT
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

## PETITION FOR DAMAGES

The petition of Billy W. Jones and Brandi Jones, persons of the full age of majority, domiciled in the Parish of Union, State of Louisiana, respectfully represents as follows:

1.

The following parties, made defendants in this suit, are indebted to petitioners, jointly, severally and *in solido*, along with others, including Robert Brian Harris, M.D. and Reeves Memorial Medical Center, for all damages as are reasonable in the premises with legal interest thereof from the date of judicial demand until paid, and for all costs of these proceedings:

   A.  **Cornerstone Hospital of West Monroe**, who, upon belief, is a **non-qualified** healthcare provider in accord with the Louisiana Medical Malpractice Act, whose place of business is located in Ouachita Parish, Louisiana;

   B.  **Professional Home Health Services**, who, upon belief, is a **non-qualified** healthcare provider in accord with the Louisiana Medical Malpractice Act, whose place of business is located in Union Parish, Louisiana; and

   C.  The remaining defendants are before Medical Review Panel and plaintiffs were informed the foregoing defendants are not qualified.

2.

At all times pertinent hereto, Billy W. Jones was the husband of the patient, Dorothy Jones. Brandi Jones is the daughter of the patient, Dorothy Jones. Dorothy Jones was born on September 3, 1942, and died on August 4, 2012, due to the neglect of the defendants.

3.

On April 19, 2012, Dorothy Jones was admitted to Willis Knighton Pierremont Health Center by Dr. Donald Elmajian for bladder cancer and removal of a tumor. The

CASE ASSIGNED TO:
CV. SECT. 5

patient was 69 years old at the time. She was referred for evaluation and management of atrial fibrillation. She had a radical cystectomy performed and was in post-operative atrial fibrillation. Her heart rate was difficult to control with HR in the 130s. She had a catheter in place with some dark urine, but no gross blood noted. She was on Lovenox 40 mg subQ daily and her heart rate was rapid at 120-130. She had no syncope, chest pain, CHF, and no prior history of CVA.

4.

According to Dr. Davis on or about April 26, 2012, the patient was started on the anticoagulant, Coumadin (Warafin).

5.

On or about April 28, 2012, the patient came under the care of Professional Home Health Services and Dr. Brian Harris, remaining on the drug Coumadin.

6.

On April 30, 2012, Professional Home Health Services called Dr. Brian Harris and left a comment to ask him to "see MAR and parameter. If you agree please sign and return."

7.

On May 24, 2012, Dorothy Jones was transferred to Glenwood Regional Medical Center. The admitting impression was nonobstructing right renal stones, mild hydronephrosis on the right and moderate hydronephrosis on the left, probable sigmoid diverticulitis with contained perforation, colovaginal fistula, enterocutaneous fistula left pelvis, and bilateral indeterminate pelvic fluid collections.

8.

On May 25, 2012, the patient was transferred from Glenwood to Willis Knighton Pierremont Health Center in Shreveport, Louisiana.

9.

The patient remained at Willis Knighton Pierremont Health Center from May 25, 2012 until June 1, 2012. Her diagnosis included weakness, atrial fibrillation, pelvic fluid collection, enterocutaneous fistula, and enterovaginal fistula.

10.

On or about June 1, 2012, the patient was admitted to Cornerstone Hospital of West Monroe, located in the Parish of Ouachita, where they should have continued to monitor her medications and test her to make sure she was being properly coagulated.

11.

Professional Home Health Services, Reeves Memorial Medical Center, and Dr. Harris continued to treat the patient, including managing her medications. Dr. Harris received the following confirmation as to continuing the medications on or about June 26, 2012:

"Comments: Med changes done at Cornerstone. Do you agree?"

12.

On or about June 27, 2012, Professional Home Health Services confirmed that the patient was continued on Coumodin as follows:

ICD-9: 427.31
Class: L
Medication: Coumodin (warfarin)
Dosage: 2.5 mg
Route: PO
Frequency: daily at 4pm

13.

The patient was not monitored by any defendnts as to her PT and INR findings despite being on Coumadin.

14.

On or about July 11, 2012, Professional Home Health Services reported to Reeves Memorial Medical Center and Dr. Harris that the patient had fallen at home. On or about July 16, 2012, the patient reported to Reeves Memorial Medical Center feeling "dizzy". The patient was also experiencing blood coming from her nose and headaches. The patient was again seen at Reeves Memorial Medical Center on July 27, 2012, with documented issues of dizziness and weakness.

15.

On or about August 4, 2012, the patient died of an extensive subarachnoid hemorrhage causing anoxic brain injury caused by being overly coagulated. At the time of her death, the patient's PT time was 95.4 with a normal range of 10.7-13.4 and the

INR was 32.70 with a normal range being 2.0-3.5. The patient was overly coagulated leading to her death which went unrecognized by her health care givers.

16.

The Defendant was negligent in the following respects:

1. Failure to properly evaluate the patient;
2. Failure to properly treat the patient;
3. Failure to properly diagnose the patient;
4. Failure to properly consult with other physicians;
5. Failure to properly convey information to other physicians and make orders to monitor the patient's PT and INR;
6. Failure to have proper procedures in place to avoid mistakes in forwarding information;
7. All other acts as seen on objective review by a qualified healthcare provider;
8. Failure to act reasonably and within the standard of care;
9. Any and all other deviations from the standards of care of healthcare providers as may be discovered by the medical review panelists upon discharging their duties in reviewing the matter;
10. Any other act or acts of negligence that plaintiffs do not recognize or identify; and,
11. Any acts of negligence observed by the Panel from evidence.
12. Failure to properly monitor and assess the patient while on Coumadin.

17.

The complainant pleads the doctrine of *res ipsa loquitur* and lack of informed consent.

18.

Petitioner is entitled to an award for all damages, in a reasonable amount, including, but not limited to the following:

| | |
|---|---|
| Past and present medical expenses | Damages as are reasonable in the premises |
| Past, present, and future mental anguish and distress | Damages as are reasonable in the premises |
| Past, present, and future physical damages, disability, and suffering | Damages as are reasonable in the premises |
| Survival action | Damages as are reasonable in the premises |
| Wrongful death | Damages as are reasonable in the premises |
| Loss of Consortium | Damages as are reasonable in the premises |

Any and all other damages to be proven at the trial of this matter.

19.

Petitioner requests a trial by jury on all issues herein.

**WHEREFORE**, petitioners, Billy W. Jones and Brandi Jones, pray that defendants, Cornerstone Hospital of West Monroe and Professional Home Health Services, be cited and served with a copy of this Petition, and that after due proceedings be had, there be judgment rendered herein in favor of petitioners, and against defendants, Cornerstone Hospital of West Monroe and Professional Home Health Services, and any other defendant to be added subsequently, who include Robert Brian Harris, M.D. and Reeves Memorial Medical Center, both of whom are qualified healthcare providers in accord with the Louisiana Medical Malpractice Act and defendants in a Medical Review Panel at this time, jointly, severally, and *in solido*, for all damages as are reasonable together with legal interest from the date of judicial demand until paid; and for all costs of these proceedings. Plaintiffs pray for all general and equitable relief.

Respectfully submitted:

OSCAR L. SHOENFELT, III
LA BAR ROLL NO. 12032
**OSCAR L. SHOENFELT, III, L.L.C.**
2109 Perkins Road
Baton Rouge, Louisiana 70808
Telephone: (225) 336-4300
Facsimile: (225) 336-4350
*Attorney for Plaintiffs*

**PLEASE SERVE:**

Cornerstone Hospital of West Monroe
through its registered agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

~and~

Professional Home Health Services
[Please hold service at this time]

| | |
|---|---|
| BILLY W. JONES AND BRANDI JONES | NUMBER: 13-1989  DIV.: _____ |
| VERSUS | 4TH JUDICIAL DISTRICT COURT |
| CORNERSTONE HOSPITAL OF WEST MONROE AND PROFESSIONAL HOME HEALTH SERVICES | PARISH OF OUACHITA<br>STATE OF LOUISIANA |

**FILED**
JUN 26 2013
CLERK OF COURT
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

## ORDER

Considering Petitioners' request contained in the Petition for Damages:

IT IS ORDERED that this matter be set for trial by jury, upon Petitioners' depositing the required jury fee ~~of~~ *as set out the time of the Pre-Trial Conference in this matter, in the Pre-Trial order of the court.* ~~and posting a jury bond as required by law.~~

SIGNED at Monroe, Louisiana, this __2__ day of __July__, 2013.

_____
JUDGE, 4TH JUDICIAL DISTRICT COURT

By Attorney:

_____
OSCAR L. SHOENFELT, III
Bar Roll Number: 12032
OSCAR L. SHOENFELT, III, L.L.C.
2109 Perkins Road
Baton Rouge Louisiana 70808
Telephone: (225) 336-4300
Facsimile: (225) 336-4350

RECEIVED
2013 JUL 2 PM 3 29
OUACHITA PARISH
CLERK OF COURT