**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

August 30, 2013

Ms. Louise Bond
4th Judicial District Court
Ouachita Parish
301 S Grand, Rm 104
P O Box 1862
Monroe, LA 71210

---

In re: Civil Action No. 3:13–cv–02462–RGJ–KLH
JONES ET AL V. CORNERSTONE HOSPITAL OF WEST MONROE L L C
Your Case No. 13–1989

Dear Clerk:

Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith certified copies of our docket entries and the Judgment or Order to Remand.

The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is: http://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

Please acknowledge receipt on the enclosed copy of this letter.

ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO THE RECEIVING COURT NAMED ABOVE.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  August 30, 2013.

TONY R. MOORE
CLERK OF COURT

M Yocum
DEPUTY CLERK OF COURT